# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **Man-Q Corp.** | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. | **3:16-cv-00091-SRU** |
| **Conair Corp.** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Conair Corp.**

Date:   **January 26, 2016**

/s/ John C. Linderman
*Attorney's signature*

**John C. Linderman, ct04291**
*Printed name and bar number*

**McCormick, Paulding & Huber LLP**
**185 Asylum Street, CityPlace II, 18th floor**
**Hartford, CT 06103**
*Address*

**lind@ip-lawyers.com**
*E-mail address*

**860-549-5290**
*Telephone number*

**860-527-0464**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 26, 2016**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**Bernard J. DiMuro**
**DiMuro Ginsberg PC**
**1101 King Street, Suite 610**
**Alexandria, VA 22314-3181**

/s/ John C. Linderman

*Attorney's signature*