## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAN-Q CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:16-cv-00091-SRU |
| | ) |
| CONAIR CORP., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO WITHDRAW

Pursuant to D. Conn. L. R. Civ. P. 7(e), the undersigned counsel of record, Nicholas V. Cumings, hereby respectfully moves to withdraw his appearance on behalf of the Defendant Conair Corporation.  Defendant will continue to be represented by other counsel of record in this matter, John C. Linderman and Marina F. Cunningham, and, accordingly, no hardship will result from the granting of this motion.

Defendant is aware of this motion and is being served with a copy of this motion by certified mail, return receipt requested.

                                                Respectfully submitted,

Dated:  January 29, 2016                    /s/  Nicholas V. Cumings
                                                Amy S. Owen (VSB 27692)
                                                Kristin A. Zech (VSB 68826)
                                                Nicholas V. Cumings (VSB 82022)
                                                BrigliaHundley, P.C.
                                                1921 Gallows Road, Suite 750
                                                Tysons Corner, VA 22182
                                                Telephone: 703-883-0880
                                                Facsimile: 703-883-0899
                                                Email: aowen@brigliahundley.com
                                                Email: kzech@brigliahundley.com
                                                Email: ncumings@brigliahundley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 29, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Bernard J. DiMuro, Esq.
DIMUROGINSBERG, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314

*Counsel for Plaintiff*

                                              /s/  John C. Linderman
                                            John C. Linderman, ct04291